UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDELRAHMAN F. BADER, | |
| Plaintiff, | Case No.: 1:18-cv-02169 |
| v. | Honorable Thomas M. Durkin |
| SOUTHWEST CREDIT SYSTEMS, L.P., | |
| Defendant. | |

**AGREED STIPULATION OF DISMISSAL OF
COUNT II OF PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ABDELRAHMAN F. BADER, and Defendant, SOUTHWEST CREDIT SYSTEMS, L.P., through their respective counsel that Count II, *only*, of the above-captioned action is dismissed, with prejudice, against, SOUTHWEST CREDIT SYSTEMS, L.P., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 11, 2019                                              Respectfully Submitted,

**ABDELRAHMAN F. BADER**                                 **SOUTHWEST CREDIT SYSTEMS, L.P.**

/s/ Nathan C. Volheim                                              /s/ Eugene Xerxes Martin (*with consent*)
Nathan C. Volheim                                                   Eugene Xerxes Martin
*Counsel for Plaintiff*                                                *Counsel for Defendant*
Sulaiman Law Group, LTD                                       Malone and Martin PLLC
2500 South Highland Ave., Suite 200                      NCX Building, Suite 1850
Lombard, Illinois 60148                                            8750 North Central Expressway
Phone: (630) 575-8181                                             Dallas, TX 75231
nvolheim@sulaimanlaw.com                                   xmartin@mamlaw.com