# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABDELRAHMAN F. BADER,<br><br> Plaintiff,<br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br> Defendant. | Case No. 1:18-cv-02169<br><br>Honorable Judge Thomas M. Durkin |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

 IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ABDELRAHMAN F. BADER, and Defendant, SOUTHWEST CREDIT SYSTEMS, L.P., through their respective counsel that the above-captioned action is dismissed, with prejudice, against SOUTHWEST CREDIT SYSTEMS, L.P., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 16, 2019              Respectfully Submitted,

| **ABDELRAHMAN F. BADER** | **SOUTHWEST CREDIT SYSTEMS, L.P.** |
|---|---|
| /s/ Taxiarchis Hatzidimitriadis | /s/ Eugene Xerxes Martin (*with consent*) |
| Taxiarchis Hatzidimitriadis | Eugene Xerxes Martin |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Malone and Martin PLLC |
| 2500 S. Highland Avenue, Suite 200 | NCX Building, Suite 1850 |
| Lombard, Illinois 60148 | 8750 North Central Expressway |
| Phone: (630) 575-8181 | Dallas, TX 75231 |
| thatz@sulaimanlaw.com | xmartin@mamlaw.com |

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
